24

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS MALONE, Defendant-Appellant.

(No. 59366; 

First District (3rd Division)—April 4, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

JOHN STEVENS, Plaintiff-Appellee, *v.* THE DEPARTMENT OF LAW ENFORCEMENT *et al.*, Defendants-Appellants.

(No. 58084; 

First District (5th Division)—April 11, 1974.